GRAZELDA GREAVES et al., Respondents, *v.* JUSTINA HUSBAND, Appellant.

(Submitted October 20, 1924; decided October 24, 1924.)

MOTION to amend remittitur. (See 238 N. Y. 604.)

Motion to amend remittitur denied. The defendant should be compelled to reconvey the property only upon

payment of those charges which she incurred because at the time the title to the property stood in her name. The right of the plaintiffs, if any, to reimbursement for any payments which they made for the benefit of the property should be determined in the partition action rather than in the present action.